# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMMIT MEDIA LLC, a California limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LOS ANGELES, California charter city, and LOS ANGELES DEPARTMENT OF BUILDING AND SAFETY,<br><br>　　　　　　　　Defendants.<br><br>CBS OUTDOOR, INC., a Delaware corporation, and CLEAR CHANNEL OUTDOOR, INC., a Delaware corporation,<br><br>　　　　　Defendant-Intervenors. | CV 07-2649 RSWL (AJWx)<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION** |

In its Order issued October 3, 2012, the Court addressed the current dispute between Plaintiff Summit Media LLC ("Plaintiff") and Defendants City of Los Angeles, CBS Outdoor, Inc., and Clear Channel Outdoor,

1

Inc. (collectively "Defendants") as to whether the present Action should be voluntarily dismissed with or without prejudice [267].  The Court ordered the Parties to resolve this dispute amongst themselves within thirty days of the Order, otherwise the Court would issue an Order to Show Cause as to why the present Action should not be dismissed for lack of prosecution.

　　The Parties did not inform the Court of any resolution that was reached among them within thirty days of the Order.  Therefore, the Court orders Plaintiff to show cause, in writing, on or before November 13, 2012, by 4:00 p.m., as to why this matter should not be dismissed for lack of prosecution.  NO ORAL ARGUMENT WILL BE HEARD AND APPEARANCES ARE NOT NECESSARY on this matter unless ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of the proper response.  Failure to timely respond will result in the dismissal of this action.

**IT IS SO ORDERED.**

DATED: November 5, 2012

　　　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　　―――――――――――――――――――
　　　　　　　　　　　　　　**HONORABLE RONALD S.W. LEW**
　　　　　　　　　　　　　　Senior, U.S. District Court Judge