JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SUMMIT MEDIA LLC, a                ) CV 07-2649 RSWL (AJWx)
California limited                 )
liability company,                 )
                                   ) **ORDER DISMISSING ACTION**
                    Plaintiff,     )
                                   )
     v.                            )
                                   )
                                   )
CITY OF LOS ANGELES,               )
California charter city,           )
and LOS ANGELES DEPARTMENT         )
OF BUILDING AND SAFETY,            )
                                   )
                    Defendants.    )
_____)
CBS OUTDOOR, INC., a               )
Delaware corporation, and          )
CLEAR CHANNEL OUTDOOR,             )
INC., a Delaware                   )
corporation,                       )
                                   )
     Defendant-Intervenors.        )
                                   )
_____)

     On November 5, 2012, the Court ordered Plaintiff

Summit Media LLC ("Plaintiff") to show cause as to why

this Action should not be dismissed for lack of

prosecution [268].  On November 13, 2012, Plaintiff

1

filed a response to the Court's Order [269].  The
Court, having reviewed all papers submitted pertaining
to this matter and having considered all arguments
presented to the Court, **NOW ISSUES THE FOLLOWING
RULING:**

   This Action is **DISMISSED without prejudice.**  On
October 3, 2008, the Court stayed all actions in this
case pending a final decision by the Ninth Circuit in
World Wide Rush, LLC v. City of L.A., 606 F.3d 676 (9th
Cir. 2010) [236].  Following the Ninth Circuit's World
Wide Rush decision in May 2010, the present Action
remained stagnant for two years.  On May 20, 2012, each
of the Parties submitted status reports pursuant to
Court order, indicating that although they agreed that
this case should be dismissed, they disagreed as to
whether it should be dismissed with or without
prejudice [244, 247, 253, 254].  On October 3, 2012,
the Court ordered the Parties to resolve this matter
amongst themselves within thirty (30) days, otherwise
the Court would issue an Order to Show Cause as to why
the case should not be dismissed [267].  When no
resolution was reached, the Court issued an Order to
Show Cause on November 5, 2012, ordering Plaintiff to
show cause as to why this Action should not be
dismissed for lack of prosecution [268].  Plaintiff
filed a response on November 13, 2012, indicating that
although Plaintiff does not object to dismissal by the
Court, Plaintiff would prefer the Action to be

1   dismissed *without prejudice* [269].

2       This Court has authority under Federal Rule of
3   Civil Procedure 41(a)(2) to dismiss this Action on
4   terms that the Court considers proper.  Both Rule
5   41(a)(2) and Local Rule 41-2 clarify that dismissal of
6   an action is to be without prejudice unless the Court
7   provides otherwise.  Here, Intervenor Defendant CBS
8   Outdoor, Inc. ("CBS") argues that dismissal of this
9   Action should be with prejudice, a position that
10  neither Defendant City of Los Angeles nor CBS's fellow
11  Intervenor Defendant, Clear Channel Outdoor, Inc.,
12  take.  CBS argues that dismissal with prejudice is
13  appropriate because CBS has undertaken certain
14  "burdens" and expenses in the course of this Action,
15  Plaintiff is potentially avoiding an adverse ruling as
16  a result of dismissal, and Plaintiff has neither
17  pursued this Action diligently nor given sufficient
18  reason for dismissing it without prejudice.  <u>See</u>
19  <u>generally</u> CBS's Request for Conditions on Voluntary
20  Dismissal [262].  The Court is unpersuaded by CBS's
21  arguments.  Accordingly, the Court **DISMISSES** this
22  Action **without prejudice.**

24  **IT IS SO ORDERED.**
25  DATED: November 15, 2012

27                    RONALD S.W. LEW
                      _____
28                    **HONORABLE RONALD S.W. LEW**
                      Senior, U.S. District Court Judge

                                3